1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION

| | |
|---|---|
| UPTOWN DRUG COMPANY, INC. d/b/a UPTOWN DRUG AND GIFT SHOP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CVS CAREMARK CORPORATION, et al., <br><br> Defendants. | No. 3:12-cv-06559-JST <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING THE OUTCOME OF THE APPEAL IN *GABLE FAMILY PHARMACY v. USDC-AZP* |

824841_1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to Court approval, that:

1. In order to avoid unnecessary briefing and to facilitate a more efficient adjudication of this matter, the parties agree that the instant matter should be stayed in its entirety, pending the Ninth Circuit's decision in a related case, *Gable Family Pharmacy v. USDC-AZP*, No. 13-70096 (9th Cir.) ("*Gable*");

2. Defendants' Motion to Compel Arbitration and Stay Proceedings, which was filed on February 19, 2013 (Dkt. No. 18) and is currently scheduled to be heard on May 2, 2013, should be taken off the Court's calendar and that no opposition or reply papers should be due until the Ninth Circuit resolves *Gable*;

3. The current initial case management conference scheduled for May 29, 2013, is adjourned, and all other deadlines in this matter are taken off the Court's calendar until further notice; and

4. Upon the Ninth Circuit's resolution of *Gable*, Plaintiff's opposition to Defendant's Motion shall be due 20 days after the Ninth Circuit's decision is issued.

5. The parties shall file a status report on *Gable* every 120 days. After *Gable* is decided, Defendants may re-file their motion to compel arbitration

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 1, 2013

_____
THE HONORABLE
UNITED STATES

IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

Submitted by:

ROBBINS GELLER RUDMAN
    & DOWD LLP
BONNY E. SWEENEY
DAVID J. HARRIS, JR.
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

824841_1

[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING THE OUTCOME OF THE APPEAL IN
*GABLE FAMILY PHARMACY v. USDC-AZP* - 3:12-cv-06559-JST - 1 -

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF DAVID A. BALTO<br>DAVID A. BALTO (*pro hac vice* pending)<br>1350 I Street NW, Suite 850 |
| 3 | Washington, DC  20005<br>Telephone:  202/789-5424 |
| 4 | 202/589-1819 (fax) |
| 5 | Attorneys for Plaintiff Uptown Drug |
| 6 | Company, Inc. d/b/a Uptown Drug and Gift Shop |
| 7 | FOLEY & LARDNER LLP<br>Page R. Barnes |
| 8 | Michael A. Naranjo<br>555 California Street, 17th Floor |
| 9 | San Francisco, CA 94104-1520<br>Telephone: (415) 434-4484 |
| 10 | (415) 434-4507 (fax) |
| 11 | FOLEY & LARDNER LLP<br>Michael David Leffel |
| 12 | 150 East Gilman Street, Suite 5000<br>Madison, WI 53703-1482 |
| 13 | Telephone: (608) 257-5035<br>(608) 258-4258 (fax) |
| 14 | |
| 15 | FOLEY & LARDNER LLP<br>Robert H. Griffith |
| 16 | 321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| 17 | Telephone: (312) 832-4500<br>(312) 832-4700 (fax) |
| 18 | Attorneys for Defendants CVS Caremark |
| 19 | Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., and Caremark, L.L.C. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |