**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UPTOWN DRUG COMPANY, INC. D/B/A UPTOWN DRUG AND GIFT SHOP, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    PLAINTIFF,<br><br>        v.<br><br>CVS CAREMARK CORPORATION, CVS PHARMACY, INC., CAREMARK RX, LLC, AND CAREMARK, LLC,<br><br>    DEFENDANTS. | CASE NO.: 4:12-CV-06559<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>CASE FILED: DECEMBER 28, 2012<br><br>DISTRICT JUDGE: HON. JON S. TIGAR |

[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS  CASE NO. 4:12-CV-06559

4819-3565-4163.1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to Court approval, the reply in support of Defendants' Motion to Compel Arbitration and Stay Proceedings will be due April 8, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 1, 2013                         _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Submitted by:

FOLEY & LARDNER LLP
PAGE R. BARNES,
MICHAEL A. NARANJO
555 California st., 17th floor
San Francisco, CA  94104-1520
Telephone:	415.434.4484
Facsimile:	415.434.4507

FOLEY & LARDNER LLP
ROBERT H. GRIFFITH,
321 North Clark Street, Suite 2800
Chicago, Il 60654-5313
Telephone:	312.832.4500
Facsimile:	312.832.4700

FOLEY & LARDNER LLP
MICHAEL D. LEFFEL,
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
Post Office Box 1497
Madison, WI 53701-1497
Telephone:	608.257.5035
Facsimile:	608.258.4258

Attorneys for Defendants CVS Caremark Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, and Caremark, LLC

ROBBINS GELLER RUDMAN & DOWD LLP
BONNY E. SWEENEY
DAVID J. HARRIS, JR.
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

LAW OFFICES OF DAVID A. BALTO
DAVID A. BALTO
1350 I Street NW, Suite 850
Washington, DC  20005
Telephone:  202/789-5424
202/589/1819 (fax)

Attorneys for Plaintiff Uptown Drug Company, Inc. d/b/a Uptown Drug and Gift Shop

[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS  CASE NO. 4:12-CV-06559

4819-3565-4163.1