UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPTOWN DRUG COMPANY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>  Defendants. | Case No.  12-cv-06559-JST<br><br>**ORDER LIFTING STAY PER STIPULATION AND SETTING MOTION HEARING**<br><br>Re: ECF No. 37 |

At the request of the parties, the Court stayed this action on April 1, 2013, pending the Ninth Circuit's resolution of Gable Family Pharmacy v. USDC-AZP, No. 13-70096.  As the Gable matter has been resolved, the stay is LIFTED.  A hearing on Defendants' motion to compel arbitration will be held on July 18, 2013.

**IT IS SO ORDERED**.

Dated: June 3, 2013

_____
JON S. TIGAR
United States District Judge